No. 1102, Misc. YOUNG v. McGEE, CORRECTIONS AGENCY ADMINISTRATOR, ET AL. C. A. 9th Cir. Certiorari denied.

No. 1312, Misc. THOMPSON v. UNITED STATES. C. A. 4th Cir. Certiorari denied. *Solicitor General Griswold, Assistant Attorney General Wilson, Beatrice Rosenberg,* and *Roger A. Pauley* for the United States.

No. 1316, Misc. McFADDEN v. ILLINOIS. Sup. Ct. Ill. Certiorari denied.

No. 1368, Misc. WENNER v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 281, Misc. DUPREE v. ILLINOIS. Sup. Ct. Ill. Certiorari denied. MR. JUSTICE BLACK is of the opinion that certiorari should be granted.

No. 19. FIRST NATIONAL BANK IN PLANT CITY v. DICKINSON, COMPTROLLER OF FLORIDA, ET AL., *ante,* p. 122;

No. 612. BROWN v. COMMERCIAL NATIONAL BANK OF PEORIA, TRUSTEE, ET AL., *ante,* p. 961;

No. 505, Misc. CARLTON ET UX. v. GERSTEIN, *ante,* p. 992;

No. 569, Misc. IN RE LIPSCOMB, *ante,* p. 993;

No. 594, Misc. WILLIAMS v. UNITED STATES, *ante,* p. 966; and

No. 1086, Misc. MORALES v. CRAVEN, WARDEN, *ante,* p. 994. Petitions for rehearing denied.